# IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

**FILED**

**January 14, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

ROBERT OGBURN,          )
)
      Plaintiff/Appellant,      )    Davidson Chancery
)    No. 96-1806-I(II)
VS.                  )
)    Appeal No.
TENNESSEE DEPARTMENT OF    )    01A01-9707-CH-00284
CORRECTION, ET AL.,        )
)
      Defendants/Appellees.    )

## DISSENTING OPINION

I respectfully dissent from the court's conclusion that the Department of Correction was not required to promulgate Policy 502.02 as a rule in accordance with the Uniform Administrative Procedures Act. *See Mandela v. Campbell*, App. No. 01A01-9607-CH-00332, 1996 WL 730289, at \*3 (Tenn. Ct. App. Dec. 20, 1996), *perm. app. granted* (Tenn. May 12, 1997) (Koch, J., dissenting).

I concur with the remaining provisions of the opinion.

_____
WILLIAM C. KOCH, JR., JUDGE